## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| CHRISTOPHER ANDERSON, on behalf of himself and those similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Cause Number: 4:22-CV-00041-PPS-JPK |
| HIGH ENERGY PIZZA, LLC d/b/a DOMINO'S PIZZA, and JEFF STEGEN, | ) ) ) ) |
| Defendants. | ) |

### ORDER

Plaintiff, Christopher Anderson, through counsel, filed a Notice of Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  [DE 7.]  Defendants, High Energy Pizza, LLC d/b/a Domino's Pizza, and Jeff Stegen, have not yet filed an answer or motion for summary judgment in this matter.

As the Notice of Dismissal [DE 7] meets the requirements of Fed. R. Civ. P. 41(a)(1)(A)(i), it is **GRANTED** and all claims are **DISMISSED WITHOUT PREJUDICE**. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

ENTERED: July 7, 2022.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**